UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at Register for eFiling.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** _____ as

[ ]Retained  [ ]Court-appointed(CJA)  [ ]CJA associate  [ ]Court-assigned(non-CJA)  [ ]Federal Defender

[ ]Pro Bono  [ ]Government

COUNSEL FOR: _____

_____as the
(party name)

appellant(s)    appellee(s)    petitioner(s)    respondent(s)    amicus curiae    intervenor(s)    movant(s)

_____
(signature)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage My Account.**

_____     _____
Name (printed or typed)                                                      Voice Phone

_____     _____
Firm Name (if applicable)                                                    Fax Number

_____

_____     _____
Address                                                                                E-mail address (print or type)

**CERTIFICATE OF SERVICE** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by [ ] personal delivery; [ ] mail; [ ] third-party commercial carrier; or [ ] email (with written consent) on the following persons at the addresses or email addresses shown:

_____                                  _____
Signature                                                                                        Date

1/28/2020 SCC

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of June 2023, a copy of the Appearance of Counsel was mailed, first-class, postage prepaid, to:

Malcolm Peter Ruff
William Hughes Murphy, Jr.
Edward Louis Cardona, III
Murphy Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202
410-539-6500
410-539-6599 Fax
Malcolm.ruff@murphyfalcon.com
billy.murphy@murphyfalcon.com

Timothy Francis Maloney
Matthew M. Bryant
Alyce Prawde
Joseph Greenwald & Laake, PA
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
301-220-2200
240-553-1737 Fax
tmaloney@jgllaw.com
mbryant@jgllaw.com
aprawde@jgllaw.com

Thomas Maurice DeGonia, II
Ethridge, Quinn, Kemp, McAuliffe, Rowan and Hartinger
33 Wood Lane
Rockville, MD 20850
301-762-1696
301-762-7691 Fax
tmd@eqkmrh.com

Kevin Karpinski, Esquire
Karpinski, Colaresi & Karp, PA
120 E. Baltimore Street, Suite 1850
Baltimore, MD 21202-1617
(410) 727-5000
kevin@bkcklaw.com

                                                  /s/*Jacquelyn P. Allen*
                                                  Jacquelyn P. Allen
                                                  Associate County Attorney